In the Matter of MILLER BREWING COMPANY, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

Complainants made a prima facie showing that they had been discriminated against based upon their age. Petitioner failed to adequately rebut this showing. Therefore, the Commissioner's finding that the petitioner was guilty of age discrimination was supported by the record. We have examined petitioner's remaining contentions and find them to be without merit. Mangano, J. P., Brown, Niehoff and Lawrence, JJ., concur.